

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

---

*50 Main Street, Suite 1100
White Plains, New York 10606*

February 1, 2023

**By E-Mail**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:** *United States v. Brian Gadsden*, 23 Mag. 327

Dear Judge Davison:

    In light of the arrest of the defendant this morning in the above-referenced case, the Government respectfully requests that the complaint be unsealed.

So Ordered 2/1/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Timothy Ly
Assistant United States Attorney
(914) 993-1910